IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SEARCH WARRANT | ) | No. 06- 154 M |
| | ) | |

## MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court. The Affidavit contains addresses and other such privacy protected information that must be redacted before being unsealed.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 12-21-06

IT IS SO ORDERED this ___24___ day of ___December___, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE