IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | No. 06-154M (MPT) |
| SEARCH WARRANT ) | |

### MOTION AND ORDER TO UNSEAL FILE

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the file, substituting the original Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return, which original documents are to remain sealed, with the enclosed redacted copies of those documents from which is redacted privacy policy information.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-26-07

IT IS SO ORDERED this __30__ day of __March__, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED

MAR 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE