AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Two CPUs described more particularly on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 06-154M

REDACTED

TO: __Special Agent Taneka S. Harris__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Taneka S. Harris__ who has reason to
                                                            Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

two CPUs described more particularly on Attachment A

in the _____ District of __Delaware__ there is now concealed a certain person or property, namely (describe the person or property)

described more particularly on Attachment B

FILED
MAR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __December 31, 2006__
                                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
                                                                        U.S. Judge or Magistrate
as required by law.

__December 21, 2006   4:07 p.m.__      at  __Wilmington, Delaware__
Date and Time Issued                          City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name and Title of Judicial Officer                         Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | ~~RECEIPT FOR ITEMS LEFT WITH~~ |
|---|---|---|
| 12/21/2006 345pm | 12/22/2006 700 am | [redacted] |

INVENTORY MADE IN THE PRESENCE OF
SA TANEKA S. HARRIS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. DELL DIMENSION 2400, SERIAL NUMBER 7JK7M31

2. DELAWARE MICRO COMPUTER – XBLADE CASE SERIAL NUMBER 042818396

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Taneka S. Harris]*

Subscribed, sworn to, and returned before me this date.

*[signature]*    1/5/07
U.S. Judge or Magistrate    Date

## ATTACHMENT A

### COMPUTER PROCESSING UNITS TO BE SEARCHED

The two CPUs, presently located at the Delaware State Police High Tech Crime Unit in Dover, Delaware, are described as follows:

a.  Dell Dimension 2400, Serial Number - 7JK7M31.

b.  Delaware Micro Computer - XBLADE case, Serial Number - 042818396.

1

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1. Images of child pornography, as defined in 18 U.S.C. § 2256(8), and child erotica, including:

    a. preview1_52[1].jpg (prepubescent boy performing oral sex on a prepubescent male).

    b. preview1_53[53].jpg (prepubescent female performing oral sex on an adult male).

    c. logo_42[1].jpg (adult male having intercourse with a prepubescent female).

    d. h72[1].jpg (prepubescent females performing oral sex on a prepubescent male).

    e. preview1_54[1].jpg (adult male holding a prepubescent female down while he ejaculates in her mouth).

2. Records regarding the receipt and/or distribution of child pornography, including the five computer files listed above.

3. Indicia of subscription to Internet Service Providers, including Comcast residential high speed Internet service.

4. Records regarding the use of email screen names: ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓

5. Indicia of a Paypal/Ebay account for Anthony Fridas, email - ▓▓▓▓▓▓▓▓▓▓ phone - ▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓, address - ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓